# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

---

|  |  |
|---|---|
|  | **MARCH 2024 GRAND JURY** <br> **(Impaneled March 22, 2024)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations: |
| **LUIS MAUAFREWINY AVILES MATIAS,** <br> a/k/a **JUAN PEREZ CHAVEZ,** <br> a/k/a **LEIVER ARTUR PONCE LEON** | Title 18, United States Code, Sections 911 and 1028(a)(4) <br> (2 Counts) |

## COUNT 1

### (False Claim of United States Citizenship)

### The Grand Jury Charges That:

On or about November 12, 2024, in the Western District of New York, the defendant, LUIS MAUAFREWINY AVILES MATIAS, a/k/a JUAN PEREZ CHAVEZ, a/k/a LEIVER ARTUR PONCE LEON, a citizen and national of Ecuador and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States to a Customs and Border Protection Officer while attempting to enter the United States at the Peace Bridge Point of Entry.

**All in violation of Title 18, United States Code, Section 911.**

## COUNT 2

**(Possession of Identification Document with
Intent to Use to Defraud the United States)**

**The Grand Jury Further Charges That:**

On or about November 12, 2024, in the Western District of New York, the defendant, LUIS MAUAFREWINY AVILES MATIAS, a/k/a JUAN PEREZ CHAVEZ, a/k/a LEIVER ARTUR PONCE LEON, did knowingly possess an identification document not issued lawfully for the use of the defendant and a false identification document, to wit, a Puerto Rican driver's license issued in a fictitious identity, with the intent such document be used to defraud the United States.

**All in violation of Title 18, United States Code, Section 1028(a)(4).**

DATED:  Buffalo, New York, January 30, 2025.

                                TRINI E. ROSS
                                United States Attorney

BY:     S/DAVID J. RUDROFF
        DAVID J. RUDROFF
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5806
        David.Rudroff@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

2